UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Prasad Shrmanjadun Bhim,

    Petitioner,

v.

Jefferson B. Sessions, III, et al.,

    Respondents.

Case No. 2:17–cv–765

Judge Michael H. Watson

Magistrate Judge Chelsey Vascura

## ORDER

On April 10, 2018, Magistrate Judge Vascura issued a report and recommendation ("R&R") recommending that Respondent's motion to dismiss, ECF No. 9, and supplemental motion to dismiss, ECF No. 12, be granted and that this action be dismissed. ECF No. 14.

Magistrate Judge Vascura notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 2. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 2–3.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. Respondent's motion to dismiss, ECF No. 9, and supplemental motion to dismiss, ECF No. 12, are **GRANTED** consistent with Magistrate Judge Vascura's recommendation in

the R&R.  This action is **DISMISSED** as moot.  The Clerk of Court shall **TERMINATE** this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**